1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                                * * *
9   LUIS ALONSO HIDALGO, JR.,          Case No. 3:18-cv-00153-MMD-VPC
10                       Petitioner,                  ORDER
        v.
11
    STATE OF NEVADA, *et al.*,
12
                       Respondents.
13

14         This habeas matter comes before the Court on Petitioner's *pro se* motions

15  asserting that recently appointed counsel has not been in contact with Petitioner (ECF

16  No. 12) and seeking the withdrawal of appointed counsel and appointment of new counsel

17  (ECF No. 13). It is hereby ordered that Petitioner's appointed counsel, David Neidert,

18  Esq., must respond to the allegations raised in Petitioner's *pro se* filings (ECF Nos. 12,

19  13) under seal within ten days of the date of this Order.

20         DATED THIS 12th day of July 2018.

21
22                                         _____
                                           MIRANDA M. DU
23                                         UNITED STATES DISTRICT JUDGE

24
25
26
27
28