UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, JR., | Case No. 3:18-cv-00153-MMD-VPC |
| Petitioner, | |
| v. | ORDER |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Currently pending before the Court is Petitioner's *pro se* motion seeking the withdrawal of appointed counsel and appointment of new counsel ("Motion") (ECF No. 13). On or before August 10, 2018, counsel David Neidert, Esq. must respond to Petitioner's Motion. In his response, Mr. Neidert must address whether he has met with Petitioner in connection with this case.

DATED THIS 1st day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE