UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LUIS ALONSO HIDALGO, JR., | Case No. 3:18-cv-00153-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

This habeas matter comes before the Court on Petitioner's *pro se* motion seeking the withdrawal of appointed counsel and appointment of new counsel. (ECF No. 13.) Petitioner is currently represented by David Neidert, Esq. Petitioner had previously filed a motion for clarification seeking confirmation that Mr. Neidert was his appointed counsel. (ECF No. 12.) Petitioner filed that motion just weeks after counsel had been appointed in his case.

On August 1, 2018, Mr. Neidert filed a response, under seal, addressing Petitioner's motions. (ECF No. 16.) Mr. Neidert indicates that he met with Petitioner, prior to Petitioner's filing of the motion for withdrawal, and that they had a productive meeting. (*Id.*) Mr. Neidert further indicates that he is actively working on Petitioner's case.

Motions for appointment of new counsel may be granted "in the interests of justice." 18 U.S.C. § 3006(A)(c); *see also Martel v. Clair*, 565 U.S. 648, 658 (2012). On the record before the Court, there is no basis for granting Petitioner's motion for withdrawal of counsel and appointment of new counsel. Counsel has met with Petitioner and is working on his case.

1    Accordingly, Petitioner's motion for withdrawal and appointment of new counsel
2 (ECF No. 13) is denied. Petitioner's motion for clarification (ECF No. 12) is denied as
3 moot. The Clerk of the Court is instructed to send a copy of this Order to Petitioner.
4    DATED THIS 6th day of August 2018.

                                            MIRANDA M. DU
                                            UNITED STATES DISTRICT JUDGE