UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, JR., <br><br> Petitioner, <br> v. <br><br> STATE OF NEVADA, *et al.*, <br><br> Respondents. | Case No. 3:18-cv-00153-MMD-VPC <br><br> ORDER |

Petitioner's motion for enlargement of time (ECF No. 19) is granted. Petitioner will have to and including October 5, 2018, to file an amended petition for writ of habeas corpus in this case and/or to seek other appropriate relief.

DATED THIS 21st day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE