UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, JR., <br><br> Petitioner, <br> v. <br><br> STATE OF NEVADA, *et al.*, <br><br> Respondents. | Case No. 3:18-cv-00153-MMD-VPC <br><br> ORDER |

This represented habeas matter comes before the Court on Petitioner's *pro se* motion to proceed with appointment of alternate counsel (ECF No. 18). The motion asks the Court to proceed with Petitioner's previously filed motion for withdrawal of appointed counsel and appointment of new counsel. The Court denied the motion for withdrawal on August 6, 2018.[1] (ECF No. 17.) The instant motion is therefore moot. Accordingly, the motion to proceed (ECF No. 18) is denied.

DATED THIS 20th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The instant motion was in fact signed on the same date that the Court denied the motion for withdrawal, so it is likely that Petitioner had not received the Court's order before he filed the instant motion.