# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, JR., | Case No. 3:18-cv-00153-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner's second motion for enlargement of time (ECF No. 23) is granted. Petitioner will have to and including November 19, 2018, to file an amended petition for writ of habeas corpus in this case and/or to seek other appropriate relief.

DATED THIS 9th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE