UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS ALONSO HIDALGO, JR., | Case No. 3:18-cv-00153-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner's third motion for enlargement of time (ECF No. 25) is granted. Petitioner will have to and including December 19, 2018, to file an amended petition for writ of habeas corpus in this case and/or to seek other appropriate relief.

DATED THIS 20th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE