# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, JR., <br><br> Petitioner, <br> v. <br> STATE OF NEVADA, *et al.*, <br><br> Respondents. | Case No. 3:18-cv-00153-MMD-CBC <br><br> ORDER |

Petitioner's unopposed motion for enlargement of time (ECF No. 37) is granted. Petitioner will have to and including April 18, 2019, to file a response to Respondents' motion to dismiss.

DATED THIS 5th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE