UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS ALONSO HIDALGO, JR., | Case No. 3:18-cv-00153-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

On April 2, 2019, Respondents filed a suggestion of death, notifying the Court that Petitioner Luis Alonso Hidalgo, Jr. has died. (ECF No. 39.) Hidalgo's claims in this habeas action are unique to himself and cannot be transferred to anyone else; his claims were therefore extinguished upon his death. *See* Fed. R. Civ. P. 25(a). Hidalgo's "death renders this case moot" and "the petition for a writ of habeas corpus should be dismissed." *Garceau v. Woodford*, 399 F.3d 1101, 1101 (9th Cir. 2005).

It is therefore ordered that the Petition in this action is dismissed as moot.

It is further ordered that the Clerk of the Court close this case.

It is further ordered that the pending motion to dismiss (ECF No. 30) is denied as moot.

DATED THIS 2nd day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE